

**Lilyan Hassaine, et al**  **09cv2215-MMA(BGS)**

**-v-**

**Home Depot, USA, Inc., et al**

**STRICKEN DOCUMENT**

**47**